

**MOTION UNDER 28 U.S.C. § 2241 to VACATE, SET ASIDE, OR CORRECT SENTENCE BY A PERSON IN FEDERAL CUSTODY**

FILED
AUG - 5 2005
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| United States District Court | District Central Illinois |
|---|---|
| Name (under which you were convicted): Leslie Allen Smith | Docket or Case No.: |
| Place of Confinement: Federal Correction Institution P.O. Box 5000 Pekin, Illinois 61555 | Prisoner No.: 07536-033 |
| UNITED STATES OF AMERICA  Warden-FCI-Pekin  R.V. Veach  v. | Movant (include name under which you were convicted) Leslie A Smith |

**MOTION**

1. (a) Name and location of court that entered the judgment of conviction you are challenging: 'DHO' Disciplinary Hearing. Federal Correctional Institution P.O. Box 5000, Pekin, Illinois 61555. Warden Hearing Officer F.A. Bierchbach

   (b) Criminal docket or case number (if you know): 363028-A.2

2. (a) Date of the judgment of conviction (if you know): November 12, 2004

   (b) Date of sentencing: April 5, 2004

3. Length of sentence: 60 Days Segregation. Loss of 41 Days Good Time

4. Nature of crime (all counts): 1-Count 102-A, Attempt to Escape.

5. (a) What was your plea? (Check one)
   (1) Not guilty ☑    (2) Guilty ☐    (3) Nolo contendere (no contest) ☐

   (b) If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or indictment, what did you plead guilty to and what did you plead not guilty to? N/A

6. If you went to trial, what kind of trial did you have? (Check one)    Jury ☐    Judge only ☑

7. Did you testify at a pretrial hearing, trial, or post-trial hearing?   Yes ☑   No ☐
8. Did you appeal from the judgment of conviction?   Yes ☑   No ☐
9. If you did appeal, answer the following:
   (a) Name of court: __Regional Office Appeal__
   (b) Docket or case number (if you know): __333519-R-4__
   (c) Result: __1st Time "Procedure Error", 2nd Time - Denied.__
   (d) Date of result (if you know): __9-16-04__
   (e) Citation to the case (if you know): __Not Known - Procedure Error__
   (f) Grounds raised: __No Evidence, only testimony "Statements Only" of 2 Informants identified later as PeK 322, and PeK 323, I alledged that 1 Informant had been found unreliable in an earlier case "Gomez" and policy statement states 1 Informant was not enough to validate any criminal act, denied 3 witness's who possesed Exculpatory Evidence, and that there was Never Any Attempt to Escape.__

   (g) Did you file a petition for certiorari in the United States Supreme Court?   Yes ☐   No ☑
      If "Yes," answer the following:
      (1) Docket or case number (if you know): __N/A__
      (2) Result: __N/A__
      (3) Date of result (if you know): __N/A__
      (4) Citation to the case (if you know): __N/A__
      (5) Grounds raised: ____

10. Other than the direct appeals listed above, have you previously filed any other motions, petitions, or applications concerning this judgment of conviction in any court?
    Yes ☐   No ☑
11. If your answer to Question 10 was "Yes," give the following information:
    (a) (1) Name of court: __N/A__
        (2) Docket or case number (if you know): __N/A__
        (3) Date of filing (if you know): __N/A__

(4) Nature of the proceeding: N/A
(5) Grounds raised: N/A

_____
_____
_____
_____
_____
_____
_____
_____

(6) Did you receive a hearing where evidence was given on your motion, petition, or application? Yes ☐ No ☑
(7) Result: N/A   All Remedies Attached
(8) Date of result (if you know): N/A

(b) If you filed any second motion, petition, or application, give the same information:
(1) Name of court: N/A
(2) Docket or case number (if you know): "
(3) Date of filing (if you know): "
(4) Nature of the proceeding: '
(5) Grounds raised: '

_____
_____
_____
_____
_____
_____
_____

(6) Did you receive a hearing where evidence was given on your motion, petition, or application? Yes ☐ No ☑
(7) Result: N/A
(8) Date of result (if you know): N/A

(c) Did you appeal to a federal appellate court having jurisdiction over the action taken on your motion, petition, or application?
  (1) First petition: Yes ☑ No ☐  Regional Appeal - Denied
  (2) Second petition: Yes ☑ No ☐  Central Office Appeal - Denied

(d) If you did not appeal from the action on any motion, petition, or application, explain briefly why you did not: __Appealed To All Levels As Required to Exhaust Administrative Appeals.__

12. For this motion, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the <u>facts</u> supporting each ground.

GROUND ONE: __Right to witness's At A disciplinary hearing.__

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):
There were 2-DHO hearings - the First one I was Allowed only basic information, not knowing which witness's I wanted when I Asked for 2 - After I Appealed the Case to Region they Found Procedure Error. At this same 1st hearing I Asked my Staff Rep to obtain 3 Statements to be introduced at that 1st hearing - he took their statements - but Failed to introduce them and trashed them at the Conclusion.
At the 2nd Hearing UDC Listed my Requested witness's who Had provided the Earlier Statements - they had been Transferred to other FED Facilities - but told me "Ms. Wheeler" that they would be Contacted and their statements Faxed back. At my 2nd Hearing - the Chairman Denied me these witness statements saying it would not matter, he'd Find me guilty As many times As I Appealed.

(b) Direct Appeal of Ground One:
  (1) If you appealed from the judgment of conviction, did you raise this issue?
    Yes ☒  No ☐  Region And Central Offices Adm. Remedies
  (2) If you did not raise this issue in your direct appeal, explain why: __NA__
  __I did Appeal - they "Washington Appeal" Said I Waived the witness's - this is not Fact - See Exhibit 17.__

(c) Post-Conviction Proceedings:
  (1) Did you raise this issue in any post-conviction motion, petition, or application?
    Yes ☐  No ☒
  (2) If your answer to Question (c)(1) is "Yes," state:
  Type of motion or petition: __N/A__
  Name and location of the court where the motion or petition was filed: _____
  __Attached Remedies__

Page 6

Docket or case number (if you know): _N/A_

Date of the court's decision: _N/A_

Result (attach a copy of the court's opinion or order, if available): _N/A_
_Attached Exhibits_

(3) Did you receive a hearing on your motion, petition, or application?
    Yes ☐    No ☒

(4) Did you appeal from the denial of your motion, petition, or application?
    Yes ☐    No ☒

(5) If your answer to Question (c)(4) is "Yes," did you raise this issue in the appeal?
    Yes ☐    No ☒

(6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _N/A_

Docket or case number (if you know): _N/A_

Date of the court's decision: _N/A_

Result (attach a copy of the court's opinion or order, if available): _N/A_

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue: _did_
_I did Appeal to Region and Central Offices on all grounds. Region "Hershberger" North Central Gateway Complex Tower 2 - 8th Floor 4th and State Ave, Kansas City, Kansas 66101, Wash. Central Office 320 1st St, Washington DC. 20534  (Both Results Attached Exhibits)_

GROUND TWO: _Exculpatory Evidence was with-held both by investigators and DHO Chairman_

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):
_The DHO - Discipline hearing Officer has stated Evidence from my personal property at the conclusion of his Reports - but No Confiscation Forms or Any Evidence has ever been given to me. Being Advised at both hearings and Requested both staff Reps - to discover any such Evidence I was prevented from knowing whose property it was - or - where it came from. I Also know that the informants gave numerous alledged plots none of which were presented by the DHO or investigators_

_____

**(b) Direct Appeal of Ground Two:**

(1) If you appealed from the judgment of conviction, did you raise this issue?

Yes ☒  No ☐   Region And Central Offices ADm. Remedies

(2) If you did not raise this issue in your direct appeal, explain why: __N/A__

I stated on my appeal to Region And Washington that several different plots were alleged by informants.

**(c) Post-Conviction Proceedings:**

(1) Did you raise this issue in any post-conviction motion, petition, or application?

Yes ☐  No ☒

(2) If your answer to Question (c)(1) is "Yes," state:

Type of motion or petition: __N/A__

Name and location of the court where the motion or petition was filed: __N/A__

Docket or case number (if you know): __N/A__

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): __Attached Exhibits__

(3) Did you receive a hearing on your motion, petition, or application?

Yes ☐  No ☒

(4) Did you appeal from the denial of your motion, petition, or application?

Yes ☐  No ☒

(5) If your answer to Question (c)(4) is "Yes," did you raise this issue in the appeal?

Yes ☐  No ☒

(6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed: __N/A__

Docket or case number (if you know): __N/A__

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): __N/A__

Attached Exhibits

Page 8

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue: My grounds were raised to both Region and Central but only denied by both. Region Office "Hershberger" North Central Gateway Complex Tower 2 - 8th Floor, 4th Ave State Ave. Kansas City, Kansas 66101. Central Office 320 1st St Washington DC 20534.
(Both Results Attached Exhibits)

GROUND THREE: DHO Chairman knew Jose Ferreira - CT 0322 had lied on Gomez 06022-091 at his hearing, then called the CT reliable at my hearing.

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.): Gomez 06022-091, was charged identically to my write up "Original", was same informant used "Jose - CT Number 322", yet Gomez was found innocent and Jose unreliable. Then when my case came up week later - Jose was reliable - when everyone knows Jose and Jack the 2 informants planned this out in Ill Unit, took turns turing statements in for "Deals" to be transferred to other facilities - which did occur. While they were together in Ill Unit, once an alleged death threat was made by Joe Lombardo - also a cell mate of Jose and Jack - once taken into protective custody all 3 were placed in the Hole at times in the same cell while investigators compared stories.

(b) Direct Appeal of Ground Three:

(1) If you appealed from the judgment of conviction, did you raise this issue?
Yes ☑  No ☐   Region and Central Offices Adm. Remedies

(2) If you did not raise this issue in your direct appeal, explain why: Appealed to Region and then Washington and stated that the statements turned in by the informants were obviously conspirators in this fabrication.

(c) Post-Conviction Proceedings:

(1) Did you raise this issue in any post-conviction motion, petition, or application?
Yes ☐  No ☑

(2) If your answer to Question (c)(1) is "Yes," state:

Type of motion or petition: N/A

Name and location of the court where the motion or petition was filed: N/A

Docket or case number (if you know): N/A

Date of the court's decision: N/A

Result (attach a copy of the court's opinion or order, if available): __n/a__
__Attached Exhibits__

(3) Did you receive a hearing on your motion, petition, or application?
Yes ☐  No ☑

(4) Did you appeal from the denial of your motion, petition, or application?
Yes ☐  No ☑

(5) If your answer to Question (c)(4) is "Yes," did you raise this issue in the appeal?
Yes ☑  No ☐

(6) If your answer to Question (c)(4) is "Yes," state:
Name and location of the court where the appeal was filed: __n/a__

Docket or case number (if you know): __n/a__
Date of the court's decision: _____
Result (attach a copy of the court's opinion or order, if available): __n/a__

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue: __n/a__
__Region and Central Office Appeals - same as Grounds 1,2, and Results attached to Exhibits__

GROUND FOUR: __No Evidence, No proof, just two informants who had reasons to Fabricate. I AM Actually Innocent.__

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):
There was no physical evidence of any attempt to escape, no photos, no tapes, no officers' identifications, nor any confrontations, no tangible peice of supporting evidence even though the investigators "claimed" this investigation into a series of plots existed for several months. Just the word of two prison informants who schemed to be transferred and made deals to officials, and officials sanctioned those deals and transferred them.

(b) **Direct Appeal of Ground Four:**

   (1) If you appealed from the judgment of conviction, did you raise this issue?

     Yes ☑  No ☐

   (2) If you did not raise this issue in your direct appeal, explain why: __n/a__

(c) **Post-Conviction Proceedings:**

   (1) Did you raise this issue in any post-conviction motion, petition, or application?

     Yes ☐  No ☑

   (2) If your answer to Question (c)(1) is "Yes," state:

Type of motion or petition: __n/a__

Name and location of the court where the motion or petition was filed: _____

Docket or case number (if you know): __n/a__

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____
__All ADm Reviews- Appeals attached.__

   (3) Did you receive a hearing on your motion, petition, or application?

     Yes ☐  No ☑

   (4) Did you appeal from the denial of your motion, petition, or application?

     Yes ☐  No ☑

   (5) If your answer to Question (c)(4) is "Yes," did you raise this issue in the appeal?

     Yes ☐  No ☑

   (6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed: __N/A__

Docket or case number (if you know): __N/A__

Date of the court's decision: __N/A__

Result (attach a copy of the court's opinion or order, if available): __n__
__All opinions Attached ADm Remedies Denied__

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue: __Appeals to Region And Washington - Citations attached as Exhibits__

13. Is there any ground in this motion that you have **not** previously presented in some federal court? If so, which ground or grounds have not been presented, and state your reasons for not presenting them: __I don't think so.__

14. Do you have any motion, petition, or appeal <u>now pending</u> (filed and not decided yet) in any court for the judgment you are challenging?   Yes ☐  No ☑
If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, and the issues raised. __N/A__

15. Give the name and address, if known, of each attorney who represented you in the following stages of the judgment you are challenging:
(a) At preliminary hearing: __Self__

(b) At arraignment and plea: __Self__

(c) At trial: __1st Trial - Mr. Odis Staff Rep FCI Pekin P.O. Box 5000 Pekin ILL
2nd Trial Ms. Doris Hayman. FCI Pekin P.O. Box 5000 Pekin ILL__
(d) At sentencing: __Mr Odis 1st - 2nd Ms Hayman FCI. P.O. Box 5000 Pekin IL 61555__

(e) On appeal: __SelF__

(f) In any post-conviction proceeding: __Self__

(g) On appeal from any ruling against you in a post-conviction proceeding: __Self__

16. Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and at the same time?   Yes ☐ No ☑

17. Do you have any future sentence to serve after you complete the sentence for the judgment that you are challenging?   Yes ☑ No ☐

    (a) If so, give name and location of court that imposed the other sentence you will serve in the future: __Madison Co Cou Carter Anderson Indiana 46016 - Sentence has not yet been imposed__

    (b) Give the date the other sentence was imposed: __has not been imposed yet__

    (c) Give the length of the other sentence: __possibly - 4 to 8 yrs.__

    (d) Have you filed, or do you plan to file, any motion, petition, or application that challenges the judgment or sentence to be served in the future?   Yes ☑ No ☐

18. TIMELINESS OF MOTION: If your judgment of conviction became final over one year ago, you must explain why the one-year statute of limitations as contained in 28 U.S.C. § 2255 does not bar your motion.*

This Case started and has Continued since November 22, 2003 when I was placed in the Hole, charged in January 8, 2004, Found guilty March 3, 2004, Appealed to Region 9-16-04 Resulted in Rehearing and write up "Rewritten due to Procedure error", then Unit Team heard case 9-30-04 Found me innocent - case then went to DHO again who disregarded UDC - And Found me guilty Again Nov 12-2004 - Appeals Followed

Region - Wash - Washington Answer was on June 23, 2005 which is why the time looks so long.

---

* The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA") as contained in 28 U.S.C. § 2255, paragraph 6, provides in part that:

A one-year period of limitation shall apply to a motion under this section. The limitation period shall run from the latest of —
  (1) the date on which the judgment of conviction became final;
  (2) the date on which the impediment to making a motion created by governmental action in violation of the Constitution or laws of the United States is removed, if the movant was prevented from making such a motion by such governmental action;
  (3) the date on which the right asserted was initially recognized by the Supreme Court, if that right has been newly recognized by the Supreme Court and made retroactively applicable to cases on collateral review; or
  (4) the date on which the facts supporting the claim or claims presented could have been discovered through the exercise of due diligence.

Therefore, movant asks that the Court grant the following relief: _Reverse Conviction, Expungement of All Records, And Give me back my 41 days good time. And, do not use just Informants to validate misconduct charges without physical evidence._
or any other relief to which movant may be entitled.

_Leslie Allen Smith_
Signature of Attorney (if any)  07536-033
Federal Correctional Institution
P.O. Box 5000
Pekin, Illinois 61555

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Motion under 28 U.S.C. § 2241 was placed in the prison mailing system on _July 29, 2005_ (month, date, year).

Executed (signed) on _7-29-2005_ (date).

_Leslie Allen Smith_
Signature of Movant  07536-033

If the person signing is not movant, state relationship to movant and explain why movant is not signing this motion. _N/A_

IN FORMA PAUPERIS DECLARATION
_____
[Insert appropriate court]
* * * * *

## CERTIFICATE OF SERVICE

I, <u>Leslie Allen Smith,</u> 07536-033, do hereby swear that on this the 29th day of July, 2005, I placed in the United States Mail, postage prepaid, the attached Habeas Corpus 2255, and supporting Memorandum with Exhibits and mailed same to the parties listed below, and met the requirement of service.

4 copies to:    Clerk of the Federal Court
                Central District of Illinois
                Room 254, Federal Building
                100 N. East Monroe
                Peoria, Illinois 61602

1 copy to:      Warden R. V. Veach
                Federal Correctional Institution
                P. O. Box 5000
                Pekin, Illinois 61555

All duly signed, sealed and mailed with all attachments.

Respectfully,

*Leslie A Smith*

Leslie Allen Smith 07536-033
Federal Correction Institution
P. O. Box 5000
Pekin, Illinois 61555

LAS:mfv

August 3, 2005

Clerk of the Court
Central District of Illinois
Federal Court, Room 254
Federal Building
100 N. East Monroe
Peoria, Illinois 61602

05-1225

Dear Clerk:

Please treat the attached 2255 as a **2241**.
Thank you.

Respectfully,

*Leslie A Smith*

Leslie Allen Smith 07536-033
Federal Correctional Institution
P. O. Box 5000
Pekin, Illinois 61555

LAS:mfv
Attachments

August 3, 2005

Clerk of the Court
Central District of Illinois
Federal Court, Room 254
Federal Building
100 N. East Monroe
Peoria, Illinois 61602

Dear Clerk:

Cause:  (To be supplied by Clerk)
        Habeas Corpus 2241 Motion, Brief, Exhibits

        Please find enclosed:
Four (4) Motions and Briefs for Leave to Proceed Forma Pauperis.
Four (4) Habeas Corpus 2241 with attached Memorandums and Exhibits.

        Please cause these to be filed and return one set file marked and stamped please. Also Certificate of Service is attached and one certified set was mailed to Warden R. V. Veach of FCI Pekin – service attached.

        Thank you.

                                                Respectfully,

                                                *Leslie A Smith*

                                                Leslie Allen Smith 07536-033
                                                Federal Correctional Institution
                                                P. O. Box 5000
                                                Pekin, Illinois 61555

LAS:mfv
Attachments