

## UNITED STATES FEDERAL COURT
## CENTRAL DISTRICT OF ILLINOIS

Leslie Allen Smith 07536-033  )
    Petitioner  )
    Vs.  )    Cause: 05-1225
Warden R. V. Veach  )
United States of America  )    (To be supplied by Clerk)
    Respondent  )

### MOTION FOR LEAVE TO PROCEED
### IN FORMA PAUPERIS

    Comes now Leslie Allen Smith and respectfully moves this Court to grant Leave to Proceed in his Habeas Corpus 2241 proceeding before this Honorable Court. Petitioner attaches brief in support and Account Statement from the Institution created when the action began.

    Petitioner is without funds to hire counsel and moves this Court to appoint Counsel if at all possible due to the gravity of the charge.

Respectfully,

*Leslie A Smith*

Leslie Allen Smith 07536-033
Federal Correctional Institution
P. O. Box 5000
Pekin, Illinois 61555

LAS:mfv
Attachment

SCANNED
DATE:_____ BY:_____