E-FILED
Monday, 08 August, 2005   10:49:25 AM
Clerk, U.S. District Court, ILCD

RECEIVED
AUG 0 5 2005
U.S. CLERK'S OFFICE
PEORIA, ILLINOIS

FILED
AUG - 5 2005
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

**UNITED STATES FEDERAL COURT**
**CENTRAL DISTRICT OF ILLINOIS**

Leslie Allen Smith 07536-033     )
   Petitioner     )
Vs.     )     Cause: 05-1225
Warden R. V. Veach     )     (To be supplied by Clerk)
United States of America     )
   Respondent     )

**BRIEF IN SUPPORT OF PETITION**
**MOTION TO PROCEED IN FORM PAUPERIS**

    Comes now Leslie Allen Smith and states he is without funds, stocks, bonds, or any other means of support to hire counsel and is indigent, having no monies or means to assist. Attached copy of his inmate account bears out his indigence, and he asks this Honorable Court leave to proceed.

    Respectfully,

    *Leslie A. Smith*

    Leslie Allen Smith 07536-033
    Federal Correctional Institution
    P. O. Box 5000
    Pekin, Illinois 61555

LAS:mfv
Attachment

SCANNED DATE: _____ BY: _____

# Inmate Inquiry

🖨 PRINT

| | | | |
|---|---|---|---|
| Inmate Reg #: | 07536033 | Current Institution: | Pekin FCI |
| Inmate Name: | SMITH, LESLIE | Housing Unit: | IOWA |
| Report Date: | 06/18/2004 | Living Quarters: | Z03-134LAD |
| Report Time: | 12:37:57 PM | | |

General Information | Account Balances | Commissary History | Commissary Restrictions | Comments

## General Information

| | |
|---|---|
| Administrative Hold Indicator: | No |
| No Power of Attorney: | No |
| Never Waive NSF Fee: | No |
| Max Allowed Deduction %: | 100 |
| PIN: | 1397 |
| FRP Participation Status: | Completed |
| Arrived From: | OKL |
| Transferred To: | |
| Account Creation Date: | 11/5/2002 |
| Local Account Activation Date: | 11/6/2002 4:50:17 AM |
| Sort Codes: | |
| Last Account Update: | 6/18/2004 8:39:49 AM |
| Account Status: | Active |
| ITS Balance: | $0.01 |

**FRP Plan Information**

| FRP Plan Type | Expected Amount | Expected Rate |
|---|---|---|
| | | |

## Account Balances

| | |
|---|---|
| Account Balance: | $15.69 |
| Pre-Release Balance: | $0.00 |
| Debt Encumbrance: | $0.00 |
| SPO Encumbrance: | $0.00 |
| Other Encumbrances: | $0.00 |
| Outstanding Negotiable Instruments: | $0.00 |