**E-FILED**
Thursday, 11 August, 2005  03:22:17 PM
Clerk, U.S. District Court, ILCD

**FILED**

AUG 1 1 2005

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature  s/Brad Murphy  ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name)  8/11/5   C. Date of Delivery |
| 1. Article Addressed to:<br><br>AUSA<br><br>05-1225 | D. Is delivery address different from item 1?  ☐ Yes<br>If YES, enter delivery address below:  ☐ No<br><br>3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered      ☐ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | 7002 2410 0001 8773 3429 |
| PS Form 3811, August 2001 | Domestic Return Receipt   102595-02-M-1540 |