UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
AT PEORIA

| | |
|---|---|
| LESLIE ALLEN SMITH, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| vs. | ) Case No. 05-1225 |
| | ) |
| RICK VEACH, Warden, et al., | ) |
| | ) |
| Respondents. | ) |

## REQUEST FOR EXTENSION OF TIME

Now comes the respondent, Rick Veach, by and through his attorneys, Jan Paul Miller, United States Attorney for the Central District of Illinois, and Darilynn J. Knauss, Assistant United States Attorney, and for his Request for Extension of Time, states as follows:

1. On August 11, 2005, this Court ordered the respondent to file a response within 21 days, September 1, 2005.

2. The attorney for the respondent requested a litigation report from the Bureau of Prisons (BOP).

3. Counsel for the BOP notified counsel for the respondent that, due to the current workload of the attorney staff at the Consolidated Legal Center in St. Louis, more time is needed to prepare a litigation report.

4. Because the attorney for the respondent has not received the necessary information to prepare a response in this case, more time is needed to receive and

review the BOP litigation report and the petitioner's BOP documentation, and prepare a proper response and appendix in this case.

    5. The petitioner will not be prejudiced by this extension of time.

    WHEREFORE, the respondent requests an extension of time until October 7, 2005.

 

Respectfully submitted,

UNITED STATES OF AMERICA

JAN PAUL MILLER
UNITED STATES ATTORNEY

s/ Darilynn J. Knauss
Darilynn J. Knauss
Assistant United States Attorney
211 Fulton Street, Suite 400
Peoria, IL 61602
Telephone: 309/671-7050

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 1, 2005, I electronically filed the foregoing Request for Extension of Time with the Clerk of the Court using the CM/ECF system, and I hereby certify that a copy of the Request has been made on the petitioner by depositing a copy thereof in the United States mail, postage prepaid, addressed to:

> Leslie Allen Smith
> Reg. No. 07536-033
> FCI Pekin
> P.O. Box 5000
> Pekin, IL 61555-5000

> s/ Stephanie Pennington
> Paralegal Specialist