E-FILED
Wednesday, 14 September, 2005 12:09:43 PM
Clerk, U.S. District Court, ILCD

FILED

SEP 1 4 2005

JOHN M. WATERS, CLERK
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

**Cause: 05-1225**

**CERTIFICATE OF SERVICE**

Under Oath and Affirmation, I swear under the penalties of perjury that I mailed copies to the below listed parties - Respondent and Clerk of the Court, by U.S. mail, postage prepaid, on this the 12th day of September 2005. Document Request and Admissions 1 and 2.

Respectfully,

*Leslie A Smith*

Leslie Allen Smith 07536-033
Federal Correctional Institution
P. O. Box 5000
Pekin, Illinois 61555-5000

Four (4) complete sets sent to:    Clerk of the Court
                                    Central District of Illinois
                                    Federal Court, Room 254
                                    100 N. East Monroe
                                    Peoria, Illinois 61602

One (1) complete set sent to:       Warden V. A. Veach, et al
                                    Federal Correctional Institution
                                    P. O. Box 5000
                                    Pekin, Illinois 61555-5000

LAS:mfv