E-FILED
Monday, 19 September, 2005 11:12:33 AM
Clerk, U.S. District Court, ILCD

Office of the Clerk
Federal Building Room 309
100 N.E. Monroe
Peoria, Illinois 61602

Re Cause: 05:1225          September 15, 2005

FILED
SEP 19 2005
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Clerk,

    This past week, I filed by mail copies of my Request For Admissions and Request For Documents in the above entitled cause.

    On todays date, I received the Respondents "Request For Extension of Time", the original of which they electronically mailed in. This copy from them notifies me of their address which I did not have when I mailed my Request For Discovery.

    Which means these Attorneys For Service were not served with copies - but the Respondent Mr. U.A. Veech was - as indicated on proof of service.

    Do I now need to send them 1 (one) or do you handle that? My copies (4) were sent to you - could you mail one set to the Attorneys For Respondents. If not please advise me.

    Respectfully,
    Leslie Allen Smith
    Leslie Allen Smith 07536-033
    Federal Correctional Institution
    P.O. Box 5000
    Pekin, Illinois 61555-5000