United States District Court
Central District of Illinois
At Peoria

Leslie Allen Smith, pro-se )
Petitioner )
vs. )   Case No. 05:1225
Rick Veach, Warden et. al; )
Respondent(s) )

FILED
OCT 2 0 2005
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Motion For Extension of Time
To
Respond to Respondent(s) Motion to Dismiss.

Now comes the petitioner, Leslie A. Smith, pro-se, and Respectfully Ask the Court To grant an Extension of Time to Respond to Respondent(s) Motion to Dismiss.

Petitioner Received Respondent(s) Motion - 'Opened - and in Regular Mail on the 14th of October 2005. It was dated the 7th, but in Petitioners Response he'll provide the Envelope, signed by Staff As to when He Received it. This Extension will cause the Respondent(s) no harm or inconvenience and Petitioner only needs until October 30th at Maximum.

Petitioner prays the Court will grant the Extention.

Respectfully,
Leslie A Smith
Leslie Allen Smith 02536-033
Federal Correctional Institution
P.O. Box 5000
Pekin, Illinois 61555-5000

Certificate of Service    Case No: 05-1225

Petitioner Leslie A. Smith, 07536-033, did on this the 17th day of October 2005, place in the United States Mail, postage pre-paid by him, a Motion For Extension of Time. Four Copies were sent to the Clerk of the Court "Federal Court", one Copy was sent to the Attorney on Record for the Respondent(s).

Respectfully,
Leslie A Smith
Leslie Allen Smith  07536-033
Federal Correctional Institution
P.O. Box 5000
Pekin, Illinois  61555

Copies Mailed to these Address(s)

1 Copy to:   Assistant U.S. Attorney
             Ms. Darilynn J. Knauss
             211 Fulton Street Suite 400
             Peoria, Illinois  61602

4 Copies to: Clerk of the Court
             Federal Court House RM 254
             100 N.E. Monroe
             Peoria, Illinois  61602

Clerk of the Court
Federal Courthouse Room 254
100 N.E. Monroe
Peoria, Illinois 61602

October 17, 2005

Re: Case No. 05-1225
Motion For Extension of Time

Clerk,
    Please cause the enclosed Motion For Extension of Time to be Filed. Enclose is the original and 3 copies.
    Respondent(s) Attorney of Record was sent a copy "Certificate of Service" attached.

Thank You

Leslie Allen Smith 07536-033
~~Federal Court Hus~~
Federal Correctional Institution
P.O. Box 5000
Pekin, Illinois 61555-5000