E-FILED
Monday, 24 October, 2005 12:01:58 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
AT PEORIA



FILED
OCT 2 4 2005
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| Leslie Allen Smith, pro-se )<br>Petitioner ) | |
| Vs. )<br>R. V. Veach, Warden, et al )<br>Respondent(s) ) | Cause #05:1225 |

### MOTION FOR LEAVE TO PROCEED WITH DISCOVERY

Comes now the Petitioner, Leslie Allen Smith 07526-033, and respectfully petitions the Court for an ORDER OF DISCOVERY in the above cause of action pursuant to Rule 16 Federal Rules of Criminal Procedure. Rules 16 (a) (1), (b) and for an ORDER pursuant to the Sixth (6th) Amendment of the United States Constitution and the inherent and supervisory powers of this Court, directing the Government to disclose to Petitioner or his Counsel if ever appointed one, any and all information with which Petitioner is entitled pursuant to Brady v. Maryland, 373 U.S. 83 (1963) and its progeny, in particular United States v. Bagley 473 U.S. 945 (1985).

Petitioner attaches Brief in support for this Court's review of the specific Discovery request, and prays this Court for an ORDER regarding it.

Respectfully,

Leslie Allen Smith, pro-se
07526-033
Federal Correctional Institution
P. O. Box 5000
Pekin, Illinois 61555-5000

LAS:mfv
Attachment