E-FILED
Monday, 24 October, 2005 12:04:35 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
AT PEORIA

FILED
OCT 2 4 2005
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| Leslie Allen Smith, pro-se, 07536-033 )<br>Petitioner ) )<br>Vs. )<br>)<br>R. V. Veach, Warden, et al )<br>Respondents ) | Cause No.: 05:1225 |

## MOTION FOR TEMPORARY RESTRAINING ORDER

Comes now, Petitioner in the above cause, Leslie Allen Smith, and acting pro-se, respectfully request this Honorable Court for a Temporary Restraining Order to prevent the Respondents or their Agents from any harassment, transfers, or interrogations about the action before this Court. This Court has pendant jurisdiction by virtue of the Habeas Corpus 2241 filed in this Honorable Court. Brief is attached.

Petitioner prays for relief.

Respectfully,

Leslie Allen Smith 07536-033
Federal Correctional Institution
P. O. Box 5000
Pekin, Illinois 61555-5000

LAS:mfv
Attachment