UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
AT PEORIA

FILED
OCT 2 4 2005
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| Leslie Allen Smith, 07536-0333 ) | |
|    Petitioner, pro-se ) | |
| v. ) | Cause No. 05:1225 |
| R. V. Leach, Warden, et al ) | |
|    Respondent ) | |

## MOTION IN OPPOSITION OF DISMISSAL
### CROSS MOTION FOR SUMMARY JUDGMENT

Comes the Plaintiff, Leslie Allen Smith, pro-se, and respectfully moves this Honorable Court to deny Respondents' Motion to Dismiss and grant Petitioner's Motion for Summary Judgment .

Petitioner states Summary Judgment is appropriate as Respondents have not contested the facts that the Petitioner's Rights under the United States Constitution were violated as set forth in his Habeas Corpus #2241. Petitioner admits the fact that Respondents are correct in that as of October 6, 2005, his institution record was restored and his record "Institution" was expunged. Brief attached in support of Summary Judgment.

                                             Respectfully,

                                             Leslie Allen Smith 07536-033
                                             Federal Correctional Institution
                                             P. O. Box 5000
                                             Pekin, Illinois 61555-5000

LAS:mfv
Attachment