UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
AT PEORIA

FILED
OCT 3 1 2005
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| Leslie Allen Smith, 07536-0333<br>Petitioner, pro-se | )<br>) |
| v. | )  Cause No. 05:1225 |
| R. V. Leach, Warden, et al<br>Respondent | )<br>) |

**MOTION IN OPPOSITION OF DISMISSAL**
**CROSS MOTION FOR SUMMARY JUDGMENT**

Comes the Plaintiff, Leslie Allen Smith, pro-se, and respectfully moves this Honorable Court to deny Respondents' Motion to Dismiss and grant Petitioner's Motion for Summary Judgment.

Petitioner states Summary Judgment is appropriate as Respondents have not contested the facts that the Petitioner's Rights under the United States Constitution were violated as set forth in his Habeas Corpus #2241. Petitioner admits the fact that Respondents are correct in that as of October 6, 2005, his institution record was restored and his record "Institution" was expunged. Brief attached in support of Summary Judgment.

Respectfully,

*Leslie A Smith*
Leslie Allen Smith 07536-033
Federal Correctional Institution
P. O. Box 5000
Pekin, Illinois 61555-5000

LAS:mfv
Attachment

## CONCLUSION

Petitioner's Rights under the Fifth (5th), Sixth (6th), Eighth (8th) and Fourteenth (14th) Amendments were violated by the Respondents. The punishment inflicted upon the Petitioner was not justified. The Respondents has plenty of opportunities to discuss this error: investigations that lasted three (3) months, segregation for nine (9) months, plus two (2) appeals to Region, and two (2) to Washington. Now, the Respondents want to dismiss. The Petitioner pleads with this Honorable Court to grant Petitioner Summary Judgment and find for the Petitioner and not the Respondents who violated his Constitutional Rights under these Amendments.

### *PRAYER FOR RELIEF*

Petitioner suffered solitary confinement for nine (9) months and is still being punished. His wife, Katherine A. Smith, was slandered because of lies told by the Confidential Informants. While a Habeas Corpus, as the Petitioner understands it, is only concerned with the duration of his sentence, not the conditions of confinement, that a USC 1983 Civil Right Allegation, or 1331 (a) suit against Officials for violation of these Constitutional Rights.

It is the Petitioner's prayer that the Court will issue an ORDER granting Summary Judgment of the issues in his Habeas Corpus 2241 and will **retain** jurisdiction of this case and grant Petitioner leave to file for damages both declaratory, punitive and reasonable attorney fees and back wages for the time Petitioner was confined to the hole.

The Seventh (7th) Circuit Court enumerated factors to consider when assessing damages from wrongful placement in Administrative segregation. These include 1) the nature, extent and duration of the injury to the Plaintiff, 2) general pain and suffering, 3) humiliation, 4) mental duress, and 5) the violation of Constitutional Rights. Smith v. Rowe, 761 F2d. 360(7th Cir. 1985) which found that a female jailhouse lawyer who was put in segregation for twenty-two (22) months was awarded $80,000 in punitive damages. The Court of Appeals said it was neither monstrously excessive, nor shocking.

Petitioner also prays for an ORDER prohibiting any retaliation or transfers of Petitioner as long as this Court retains Petitioner's jurisdiction.

Respectfully submitted,

*Leslie A Smith*
Leslie Allen Smith, 07536-033
Federal Correctional Institution
P. O. Box 5000
Pekin, Illinois 61555-5000

Page 5 of 6

5

## STATEMENT OF PETITIONER

I, Leslie Allen Smith, the Petitioner, states under oath that the foregoing is true and accurate to the best of my knowledge and belief.

*Leslie A Smith*
Leslie Allen Smith

## CERTIFICATE OF SERVICE

On October 21, 2005, Petitioner herein mailed copies to the Respondents Attorney ands the Clerk of the Court for the Central District of Illinois, Service Prepaid, U.S. first class mail. They received the Motion and Brief with attached exhibits.

Respectfully,

*Leslie A Smith*
Leslie Allen Smith 07536-033
Federal Correctional Institution
P. O. Box 5000
Pekin, Illinois 61555-5000

1 copy:    Respondents Attorney
           Darilynn J. Knauss
           United States Attorney
           211 Fulton St, Suite 400
           Peoria, Illinois 61602

4 copies:  Clerk of the Court
           United States District Court
           Office of the Clerk
           Room 309 Federal Building
           100 N. E. Monroe
           Peoria, Illinois 61602

Page 6 of 6

Summry Judsement Motion

October 21, 2005

Clerk of the Court
U. S. District Court
Federal Court Room 254
100 N. E. Monroe
Peoria, Illinois 61602

<u>**Cause Number: 05:1225**</u>

Clerk,

Please file and present to the Honorable Court the following:

| | |
|---|---|
| 3 & 1 original | Motion and Brief for Discover. Brief attached. Certificate of Service attached. |
| 3 & 1 original | Motion and Brief for Restraining Order. Brief attached. Certificate of Service Attached. |

Respondent's attorney Darilynn J. Knauss was sent a copy of both.

Thank you.

Sincerely,

*Leslie A Smith*

Leslie Allen Smith 07536-033
Federal Correctional Institution
P. O. Box 5000
Pckin, Illinois 61555-5000

LAS:mfv
Attachments