E-FILED
Monday, 31 October, 2005  11:52:16 AM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
AT PEORIA

Leslie Allen Smith, pro-se, 07536-033 )
    Petitioner )
     )
    Vs. )   Cause No.: 05:1225
     )
R. V. Veach, Warden, et al )
    Respondents )

**FILED**

OCT 3 1 2005

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

## MOTION FOR TEMPORARY RESTRAINING ORDER

Comes now, Petitioner in the above cause, Leslie Allen Smith, and acting pro-se, respectfully request this Honorable Court for a Temporary Restraining Order to prevent the Respondents or their Agents from any harassment, transfers, or interrogations about the action before this Court. This Court has pendant jurisdiction by virtue of the Habeas Corpus 2241 filed in this Honorable Court. Brief is attached.

Petitioner prays for relief.

Respectfully,

*Leslie A Smith*
Leslie Allen Smith 07536-033
Federal Correctional Institution
P. O. Box 5000
Pekin, Illinois 61555-5000

LAS:mfv
Attachment

*Attached to Brief for Temp. Restraining Order.*

## PRAYER FOR RELIEF

Petitioner can only tell the Court on his word as a Christian and man, that what he has stated is true and correct before Court and God. I, Petitioner Leslie Allen Smith, hereby swear that what I have said is true and accurate. While I have no sworn testimony of Lt. Pagli or Assistant Supt./Warden Mrs. Roal, those instances happened and caused Petitioner to fear reprisals for this action. Petitioner humbly asks this Court for an Order preventing any malicious conduct from continuing.

Respectfully,

*Leslie A Smith*
Leslie Allen Smith 07536-033
Federal Correctional Institution
P. O. Box 5000
Pekin, Illinois 61555-5000

## CERTIFICATE OF SERVICE

On **21st** October 2005, copies of Motion and Brief for Restraining Order were mailed to the Clerk of the Court, Respondents' Attorney and file copy maintained, all at the following addresses, postage prepaid, first class U.S. Mail.

## ATTACHED TO CERTIFICATE OF SERVICE

Copies of Legal Envelopes that the Government cannot prove were ever handled in accordance with Policy and Law regarding "Legal Mail". The postmark dates indicate the date they were received by the inmate, yet mailed by Postmark on much earlier dates.

*Leslie A Smith*
Leslie Allen Smith 07536-033
Federal Correctional Institution
P. O. Box 5000
Pekin, Illinois 61555-5000
*Leslie A Smith*

Copies mailed to following:

| One (1) copy: | Darilynn J. Knauss | Four (4) copies: | Clerk of the Court |
|---|---|---|---|
| | Asst. U. S. Attorney | | Fed. Courthouse Rm. 254 |
| | 211 Fulton St., Ste. 400 | | 100 N. E. Monroe |
| | Peoria, Illinois 61602 | | Peoria, Illinois 61602 |

Page 3 of 3

TRO