E-FILED
Monday, 31 October, 2005  11:53:10 AM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
AT PEORIA




| | |
|---|---|
| Leslie Allen Smith, pro-se ) | |
| Petitioner ) | |
| Vs. ) | Cause #05:1225 |
| R. V. Veach, Warden, et al ) | |
| Respondent(s) ) | |

## MOTION FOR LEAVE TO PROCEED WITH DISCOVERY

Comes now the Petitioner, Leslie Allen Smith 07526-033, and respectfully petitions the Court for an ORDER OF DISCOVERY in the above cause of action pursuant to Rule 16 Federal Rules of Criminal Procedure. Rules 16 (a) (1), (b) and for an ORDER pursuant to the Sixth (6th) Amendment of the United States Constitution and the inherent and supervisory powers of this Court, directing the Government to disclose to Petitioner or his Counsel if ever appointed one, any and all information with which Petitioner is entitled pursuant to Brady v. Maryland, 373 U.S. 83 (1963) and its progeny, in particular United States v. Bagley 473 U.S. 945 (1985).

Petitioner attaches Brief in support for this Court's review of the specific Discovery request, and prays this Court for an ORDER regarding it.

Respectfully,

*Leslie A Smith*

Leslie Allen Smith, pro-se
07526-033
Federal Correctional Institution
P. O. Box 5000
Pekin, Illinois 61555-5000

LAS:mfv
Attachment

This Honorable Court directed Petitioner that his earlier Discovery request was invalid. Petitioner is pro-se and indigent. He respectfully asks that those document requests and Admissions be ordered filled by the Respondents forthwith and grant leave to Petitioner to make such other and further motions as may be appropriate upon the Government's compliance with any ORDER of this Court and grant such relief as the Court may deem just and proper.

Respectfully submitted,

*Leslie A Smith*
Leslie Allen Smith 07526-033
Federal Correctional Institution
P. O. Box 5000
Pekin, Illinois 61555-5000

LAS:mfv

| Copies: | |
|---|---|
| 1 | Attorney for Respondents:<br>Darilynn J. Knauss, Asst U.S. Atty.<br>211 Fulton Street, Suite 400<br>Peoria, Illinois 61602 |
| 1 | Warden R. V. Veach<br>FCI – Pekin<br>P. O. Box 5000<br>Pekin, Illinois 61555-5000 |
| 4 | Clerk of the Court<br>Federal Court House, Room 254<br>100 N. E. Monroe<br>Peoria, Illinois 61602 |

## CERTIFICATE OF SERVICE – AFFIRMATION

I, Leslie Allen Smith-07526-033, do hereby swear under the penalties of perjury that the foregoing is true and accurate to the best of my knowledge and belief, and that copies of this Motion for Discovery with accompanying Brief were mailed through the U. S. Mail, Postage Prepaid this 21st day of October 2005.

*Leslie A Smith*
Leslie Allen Smith 07526-033
Federal Correctional Institution
P. O. Box 5000
Pekin, Illinois 61555-5000

Page 6 of 6