E-FILED
Monday, 31 October, 2005 02:51:42 PM
Clerk, U.S. District Court, ILCD

**FILED**

OCT 3 1 2005

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Clerk of The Court
United States District Court
Office of the Clerk
Room 309 Federal Building
100 N.E. Monroe
Peoria, Illinois

October 27, 2005

Case No. 05:1225

Clerk,

    Please Accept these papers with my signature / original 3 copies to each of the 3 motions you should have received. Due to the mail here my responses were due last week, and once typing was done copying was done before my signature was added.

    I have enclose 4 sets for each motion, just discard those sheets without my signature and add these please. I do not want to default on this error, the judge gave me an extension until November 1 - this extension just got to me October 27 - 1 week AFTER he granted it.

    Please - accept my apologies - I did not mean to make that error. I also have sent Respondents "A copy bearing my signature" as well.

Thank You
*[signature]*
Leslie Allen Smith 07536-033
Federal Correctional Institution
P.O. Box 5000
Pekin, Illinois 61555-5000

I have seperated it. Enclosed 4 EA. total - and I hope its ok.