E-FILED
Monday, 31 October, 2005  03:37:39 PM
Clerk, U.S. District Court, ILCD

AO 450 (Rev. 5/85) Judgment in a Civil Case

# United States District Court
## CENTRAL DISTRICT OF ILLINOIS

# JUDGMENT  IN A CIVIL CASE

**Leslie Allen Smith**

      vs.                                                                 Case Number:   **05-1225**

**R.L. Veach, Warden**

    **DECISION BY THE COURT**.  This action came before the Court.  The issues have been  heard and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that Judgment is entered dismissing the Petitioner's Petition for Habeas Corpus Pursuant to 28 USC Section 2241.

ENTER this 31st day of October, 2005

s/John M. Waters
JOHN M. WATERS, CLERK

s/R. Knox

_____
BY:  DEPUTY CLERK

05-1225.wpd